GEORGE W. WELLS, Respondent, *v.* RUFUS A. SIBLEY et al., Appellants.

(Argued March 20, 1893 ; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 4, 1892, which affirmed a judgment in favor of

plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Albert H. Harris* for appellants.

*P. Chamberlain, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____